

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 20 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Blaylock
DEPUTY CLERK

RE: ARREST WARRANT )
) Docket No.: 1:18mj748
)
) **SEALED**

ORDER

Upon motion by the government and for good cause shown and notwithstanding the standing order of the Court regarding the unsealing of documents, this matter and all papers in this matter are hereby **ORDERED** sealed until the arrest warrant is executed.

ENTERED: This 20th day of September, 2018

/s/ Pamela Meade Sargent
UNITED STATES MAGISTRATE JUDGE