IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 1:18CR25 |
| | ) | |
| KIMBERLY ANN DRAKE | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John Stanford, Assistant Federal Public Defender, hereby notes his appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

Dated this the 27th day of July, 2020.

Respectfully submitted,

Kimberly Ann Drake
By Counsel

*s/John T. Stanford*
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, VA  24211
NC Bar No. 51664
john_stanford@fd.org
276-619-6080

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney, this 27th day of July, 2020.

s/John T. Stanford