# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:18CR00025-023 |
| v. | **ORDER** |
| **KIMBERLY ANN DRAKE,** | By: James P. Jones |
| Defendant. | United States District Judge |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 2(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, and for the reasons stated on behalf of the United States, it is **ORDERED** that the motion, ECF No. 1146, is DENIED after complete review of the motion on the merits. The defendant, now 57 years old, was sentenced by judgment entered August 22, 2019, to 210 months imprisonment after pleading guilty to conspiring to trafficking methamphetamine. Her advisory guideline range was 262 to 327 months but the court varied below that range. By order entered May 5, 2020, her sentence was reduced to 174 months. She suffers from high blood pressure, which according to her prison medical records, is "well controlled," ECF No. 1196, at 23 (Nov. 15, 2019), and has "fallen within normal limits," ECF No. 1196, at 11 (Feb. 20, 2020). Considering these facts and the § 3553(a) factors,

-2-

including factors (1), 2(A), I find that the defendant is not qualified for such extraordinary relief.

        ENTER: August 17, 2020

        /s/ JAMES P. JONES
        United States District Judge